# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

| | |
|---|---|
| **SARAH SHERMAN,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **SUPERIOR ELECTRIC,** | **CASE NO: 23-1108-STA-jay** |
| Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL AND DENYING MOTION FOR REFUND OF FILING FEE** entered on August 30, 2023, the Plaintiff's motion to dismiss her complaint is **GRANTED.**

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT JUDGE**

**DATE: 8/30/2023**

Wendy R. Oliver
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk